**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

────────────

**No. 00-6301**

────────────

ROBERT M. KIRSCH, JR.,

                                                Plaintiff - Appellant,

      versus

RICHLAND COUNTY DETENTION CENTER, Medical
Department; NFN GUNTLER, Lieutenant; NFN
ESKERIDGE, Doctor,

                                         Defendants - Appellees.

────────────

Appeal from the United States District Court for the District of
South Carolina, at Greenwood.  Joseph F. Anderson, Jr., District
Judge.  (CA-99-1365-9-17RB)

────────────

Submitted:  May 25, 2000              Decided:  June 6, 2000

────────────

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

────────────

Affirmed by unpublished per curiam opinion.

────────────

Robert M. Kirsch, Jr., Appellant Pro Se.  William Henry Davidson,
II, James Miller Davis, Jr., DAVIDSON, MORRISON & LINDEMANN, P.A.,
Columbia, South Carolina, for Appellees.

────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert M. Kirsch, Jr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Kirsch v. Richland County Detention Ctr., No. CA-99-1365-9-17RB (D.S.C. Feb. 24, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2